# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| KENNETH HOPKINS, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>GARY C. MOHR, DIRECTOR, Ohio Department of Rehabilitation and Corrections; and BRIGHAM SLOAN, WARDEN, Lake Erie Correctional Institution,<br><br>              Defendants. | Case No.<br><br><br>**NOTICE OF REMOVAL** |

Defendant Brigham Sloan, Warden, Lake Erie Correctional Institution ("Defendant Sloan"), who has been served with the Complaint referenced below, through undersigned counsel and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 1441, *et seq.,* hereby notices removal of the above-captioned case from the Ohio Court of Common Pleas, County of Ashtabula, Cause No. 2016 CV 00277, to this Court and in support thereof asserts:

1. That on or about April 21, 2016, an action was commenced against this removing Defendant in the Ashtabula County Court of Common Pleas under the caption of *Kenneth Hopkins, et al. v. Gary C. Mohr, Director, Ohio Department of Rehabilitation and Corrections, et al.,* Cause No. 2016 CV 00277.

2. On April 26, 2016, the Ashtabula County Clerk of Court duly issued and sent a Summons via certified mail to Defendant Sloan.  Service was perfected upon Defendant Sloan on April 28, 2016.

3.     Plaintiffs are residents of Ohio, and all Defendants consent to this removal.

4.     A complete and true copy of the Summons and Complaint is filed simultaneously herewith as Exhibit A to this Notice of Removal.

5.     A true copy of the Court of Common Pleas docket sheet is filed simultaneously herewith as Exhibit B to this Notice of Removal.  If the file is not promptly forwarded from the Court of Common Pleas, these removing Defendants will obtain and provide a complete copy of the Court of Common Pleas file pursuant to 28 U.S.C. § 1446(b).

6.     Defendant Sloan has the right to remove this action to this Honorable Federal District Court under 28 U.S.C. §1331 and 42 U.S.C. §§ 2000cc, et seq.

7.     Defendant Sloan's efforts to effect this removal are in accordance with 28 U.S.C. § 1446.

8.     A Notice of Filing Notice of Removal, a true and correct copy of which is attached hereto as Exhibit C, is being simultaneously filed in the Ashtabula County Court of Common Pleas.

WHEREFORE, Defendant Sloan respectfully requests that the above action now pending in the State of Ohio Court of Common Pleas for Ashtabula County be removed to this Honorable Federal District Court.

/ / /

/ / /

/ / /

2

RESPECTFULLY SUBMITTED this 25th day of May, 2016.

By: /s/ Timothy J. Bojanowski
    Timothy J. Bojanowski, Bar No. 0016162
    STRUCK WIENEKE & LOVE, P.L.C.
    3100 West Ray Road, Suite 300
    Chandler, AZ 85226
    Telephone: (480) 420-1600
    Facsimile: (480) 420-1699

Attorney for Defendant Brigham Sloan

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2016, I mailed *via* First Class United States Mail, the attached document to the Clerk's Office for filing and caused a true and correct copy of the same to be sent by First Class United States Mail, postage prepaid, to the following:

Kenneth Hopkins, A195-652
(aka Abdulla Wali Rahman)
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH 44030
*Plaintiff Pro Se*

Danotis Starks, A642-013
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH 44030
*Plaintiff Pro Se*

Anthony Williams-Bey, A356-402
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH 44030
*Plaintiff Pro Se*

Rickey Alexander, A281-461
Lake Erie Correctional Institution
P.O. Box 8000

3

Conneaut, OH  44030
*Plaintiff Pro Se*
Anibal Santiago, A342-092
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH  44030
*Plaintiff Pro Se*

Osiris Malik Aziz Ali, A503-171
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH  44030
*Plaintiff Pro Se*

Dennis Harris, A397-675
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH  44030
*Plaintiff Pro Se*

Shawn Cochran, A623-301
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH  44030
*Plaintiff Pro Se*

Antonio Jordan, A674-523
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH  44030
*Plaintiff Pro Se*

Cleveland Hawthorne, A651-667
Lake Erie Correctional Institution
P.O. Box 8000
Conneaut, OH  44030
*Plaintiff Pro Se*

*/s/* Timothy J. Bojanowski

Timothy J. Bojanowski

4